Dismissed and Opinion filed October 31, 2002









Dismissed and Opinion filed October 31, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00877-CV

____________

 

BILLY D. SHAVER, Appellant

 

V.

 

RAYMOND REED and CONNIE REED, Appellees

 



 

On Appeal from the 155th District Court

Waller County, Texas

Trial Court Cause No. 01-01-15,664

 



 

M
E M O R A N D U M   O P I N I O N

This
is an appeal from a judgment signed July 22, 2002.  On October 22, 2002, the parties filed a
joint motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed October 31, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).